APPEAL NO. 03-14-00401-CR

FILED
February 23, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

IN THE
THIRD COURT OF APPEALS
AT AUSTIN, TEXAS

JOHNNY FLORES NAVARRO,
APPELLANT.

VS.

RECEIVED
FEB 2 3 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

THE STATE OF TEXAS,
APPELLE.

FROM THE 51st JUDICIAL DISTRICT COURT
OF TOM GREEN COUNTY, TEXAS
HONORABLE BARBARA WALTHER DISTRICT JUDGE Presiding

DEFENDANT'S RESPONSE TO APPELLANT ATTORNEY
JIMMY STEWART'S MOTION TO WITHDRAW FROM
APPEAL:

TO THE HONORABLE JUSTICES OF THE Third COURT
OF APPEALS:

NOW COMES JOHNNY FLORES NAVARRO, AND FILES
This his PRO SE MOTION, AND IN SUPPORT OF THE
MOTION, APPELLANT IS FILING, CONTEMPORANEOUSLY
WITH This MOTION, A brief IN SUPPORT OF THE
MOTION:

APPELLANT RESPECTFULLY MOVES TO Show This
HONORABLE COURT THE FOLLOWING:

PAGE-1. MOTION.

## I.

APPELLANT WOULD SHOW THE COURT THAT THERE ARE LEGALLY ARGUBLE POINTS OF ERROR, AND REQUESTS THAT APPEAL ATTORNEY REMAIN IN THIS CASE, OR THAT THE COURT WOULD APPOINT APPELLANT A NEW ATTORNEY TO RAISE THESE POINTS OF ERROR.

## II.

ON MAY 22, 2014, THE JUDGE FOUND APPELLANT GUILTY OF ASSAULT/FAMILY VIOLENCE/IMPEDING BREATH OR CIRCULATION, A THIRD-DEGREE FELONY. THE CHARGE WAS ENHANCE TO HABITUAL STATUS BY TWO PRIOR FELONY CONVICTIONS. THE JUDGE ASSESSED PUNISHMENT AT 30 YEARS INPRISONMENT IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE.

## III.

ON OCTOBER 31, 2014, APPELLANT APPEAL ATTORNEY FILED AN ANDERS BRIEF AND ADVISED APPELLANT THAT HE HAD A RIGHT TO FILE A PRO SE BRIEF OR RESPONSE TO THE ANDERS BRIEF.

## IV.

ON DECEMBER 5, 2014, THE APPELLANT RECORDS WAS FIRST MADE AVAILABLE TO APPELLANT. THE DEADLINE FOR FILING APPELLANT'S BRIEF OR RESPONSE IS FEBRUARY 19TH, 2015.

## V.

APPELLANT RESPECTFULLY REQUESTS TO THE HONORABLE JUSTICES OF THE COURT THAT HE NOT BE HELD TO THAT OF A LICENCE ATTORNEY. APPELLANT IS A PRO SE LITIGANT AND HAS VERY LIMITED KNOWLEDGE OF THE LAW.

## VI.

## PRAYER:

APPELLANT PRAYS THAT THIS COURT HOLD ORAL ARGUMENT IN THIS CASE, AND THAT THE COURT OVERTURN THE TRIAL JUDGE FINDINGS, AND THAT THE COURT GRANT APPELLANT RELIEF TO WHICH HE MAY BE ENTITLED IN THIS PROCEEDING.

Respectfully Submitted,

Johnny Flores Navarro

APPELLANT, PRO SE.
T.D.C.J. # 1931583
Tulia Transfer Facility
4000 Hwy. 86 West
Tulia, Texas 79088

PAGE-3. MOTION.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON FEBRUARY 13, 2015, A TRUE AND CORRECT COPY OF APPELLANT'S MOTION AND BRIEF IN THIS CAUSE, WAS MAILED TO THE ATTORNEY FOR THE STATE BY U.S. FIRST CLASS MAIL ADDRESSED TO, MR. JOHN BEST, ASSISTANCE DISTRICT ATTORNEY. 124 WEST BEAUREGARD, SAN ANGELO, TEXAS. 76903.

Johnny Flores Navarro
APPELLANT, PRO SE

I, JOHNNY FLORES NAVARRO, T.D.C.J. # 1931583, BEING PRESENTLY INCARCERATED IN THE TULIA UNIT OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE INSTITUTIONAL DIVISION IN SWISHER, COUNTY TEXAS, VERIFY AND DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT.

EXECUTED ON THIS THE 13TH DAY OF FEBRUARY, 2015.

Johnny Flores Navarro
APPELLANT, PRO SE. #1931583
TULIA TRANSFER FACILITY
4000 HWY. 86 WEST
TULIA, TEXAS 79088

PAGE-4-MOTION.

# FEBRUARY 13, 2015

TO JEFFREY D. KYLE, CLERK
THIRD COURT OF APPEALS
P.O. BOX 12547,
AUSTIN, TEXAS 78711-2547

RE: APPELLANT MOTION; APPELLANT BRIEF;
COURT OF APPEALS NO, 03-14-00401-CR;
TRIAL COURT CASE NO, A-13-0417-SA;

DEAR MR. KYLE:

ENCLOSED HEREWITH THIS LETTER PLEASE FIND APPELLANT MOTION AND BRIEF IN THE ABOVE RE-CAUSE NUMBER.

PLEASE FILE THESE INSTRUMENTS AND BRING TO THE ATTENTION OF THE COURT. I WOULD APPRECIATE YOUR CONSIDERATION, AND PLEASE ADVISE ME OF THE DATE OF FILING.

SINCERELY,

Johnny Flores Navarro

T.D.C.J. # 1931583
TULIA TRANSFER FACILITY
4000 HWY 86 WEST
TULIA, TEXAS 79088

RECEIVED
FEB 23 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

CC: FILE
ENCL, MOTION + BRIEF
"EXHIBIT-A"

Juan Navarro #1931583
Tulia Transfer Facility
4000 Hwy. 86 West
Tulia, Texas 79088

Jeffrey D. Kyle, Clerk

Third Court Of Appeals

P.O. Box 12547

Austin, Texas     78711-2547